## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

### NOT DESIGNATED FOR PUBLICATION

Kenneth J. Smith
Natchitoches Par. Det. Center
299 Edwina Drive
Natchitoches, LA 71457

**REHEARING ACTION: May 25, 2011**

**Docket Number: 10   01127-KH**

**STATE OF LOUISIANA**
**VERSUS**
**KENNETH J. SMITH**

**Writ Application from Natchitoches Parish Case No. C-12865-B**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. J. David Painter**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kenneth J. Smith** has this day been

    **DENIED.**

cc: Van Hardin Kyzar, Counsel for the Respondent